**FILED**

UNITED STATES COURT OF APPEALS

DEC 13 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50531 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-00236-IEG-3 Southern District of California, San Diego |
| v. | |
| PABLO FRANCO, AKA Casper, AKA Dwarf, | ORDER |
| Defendant - Appellant. | |

    Court Reporter Frank J. Rangus' motion for an extension of time to file the reporter transcript is granted. This order waives the mandatory fee reduction provided that the transcripts are filed within the time allowed in this order. *See* Judicial Conference of the United States, Report of the Proceedings 10(March 1982). The transcript is due February 3, 2014. The opening brief is now due March 17, 2014. The answering brief is due April 16, 2014. The optional reply brief is due within 14 days after the date of this order

    A copy of this order shall be provided to the court reporter at the district court.

    For the Court:
MOLLY C. DWYER
Clerk of the Court
Linda K. King, Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

Lking/12.9.13/Pro Mo