UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO FRANCO,<br><br>         Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | Case No.: 3:19-cv-493-GPC<br>Related Case No.: 3:12-cr-236-GPC<br><br>**ORDER GRANTING PETITIONER'S MOTION TO VACATE JUDGMENT AND FILE RESPONSE TO GOVERNMENT'S OPPOSITION**<br>**[Dkt. No. 2300.]** |

  On October 22, 2020, the Court issued an order denying Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28, U.S.C. § 2255 and entered judgment. (Dkt. No. 2299.) On November 13, 2020, Petitioner essentially filed a request under Federal Rule of Civil Procedure ("Rule") 60(b) seeking to vacate the Court's judgment in order to allow him to file a response to the government's opposition. (Dkt. No. 2300.)

  Rule 60(b) grants the court with discretion and the equitable power "to vacate judgments whenever such action is appropriate to accomplish justice." *Gonzalez v. Crosby*, 545 U.S. 524, 542 (2005). "A party is entitled to relief under Rule 60(b)(6) where extraordinary circumstances prevented him from taking timely action to prevent or correct an erroneous judgment." *Hamilton v. Newland*, 374 F.3d 822, 825 (9th Cir. 2004) (alteration and citations omitted).

Petitioner explains that, in April 2020, a Tornado struck and destroyed his facility and he had to be transported to FCI Lewisburg. (*Id.*) Then after arriving to FCI Lewisburg, the facility has been on either full COVID-19 lockdown or his movement has been extremely restricted due to COVID-19. (*Id.*) Due to this situation, he never received the Government's response that was filed on June 14, 2020 and did not have the opportunity to file a reply. Furthermore, Petitioner has not received his personal property including his legal papers. (*Id.*) In light of these extraordinary circumstances that are outside of Petitioner's control, the Court GRANTS Petitioner Rule 60(b) relief, and hereby ORDERS:

1. The Clerk of Court shall send Petitioner a copy of Respondent's opposition filed on June 14, 2020, (Dkt. No. 2277).

2. Petitioner shall file a reply to Respondent's responsive memorandum on or before **January 8, 2021.**

**IT IS SO ORDERED.**

Dated:  November 13, 2020

Hon. Gonzalo P. Curiel
United States District Judge