UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO FRANCO,<br><br>                            Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                            Respondent. | Case No.: 3:19-cv-493-GPC<br>Related Case No.: 3:12-cr-236-GPC<br><br>**ORDER GRANTING IN PART PETITIONER'S MOTION FOR COPY OF TRIAL TRANSCRIPT, SENTENCING TRANSCRIPT AND THE PETITION AND GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A REPLY**<br>**[Dkt. No. 2306.]** |

On December 15, 2020, the Petitioner filed a motion for copies of the trial transcript, sentencing transcript and his petition in order to file a reply to his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Dkt. No. 2306.) On November 13, 2020, the Court granted Petitioner's motion for leave to file a reply to the government's opposition under Rule 60(b) on or before January 8, 2021. (Dkt. No. 2301.) Petitioner explains that his facility was destroyed by a tornado and he had to be transferred to FCI Lewisburg. (Dkt. No. 2306.) However, he has not yet received his personal property containing his legal documents and there are restrictions due to COVID-19. (*Id.*) Petitioner also seeks an extension of time to file his reply. (*Id.*)

1 As to copies of case materials, "[n]othing prevents defendant from contacting the clerk's office directly to obtain the copies of documents requested, standard rates applying, or having his [trial] representative obtain access to and copy the documents in the clerk's possession pursuant to 28 U.S.C. § 753(b)." *United States v. Lucatero*, No. 05–cr–0443–WBS, 2007 WL 1747077, at *1 (E.D. Cal. June 18, 2007). "Each reporter . . . shall not charge a fee for any copy of a transcript delivered to the clerk for the records of court. Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f).

Here, Petitioner was determined to be indigent and was granted appointed counsel under the CJA. Therefore, he is entitled to free transcripts. However, an indigent is not entitled to a transcript without a showing of the need. *United States v. Shoaf*, 341 F.2d 832, 833-34 (4th Cir. 1964). In his request, Petitioner does not explain why he needs copies of his entire trial transcript. The Court notes that the trial with multiple defendants lasted six weeks or 21 days. (Dkt. No. 1412.) It is not conceivable Petitioner needs all 21 days of the transcripts. Therefore, the Court DENIES Petitioner's request for the trial transcripts as unsupported.

However, the Court GRANTS Petitioner's request for a copy of his sentencing transcript and his petition as they relate to issues in his petition and Petitioner is still without his personal property. The Court DIRECTS the Clerk of Court to provide Petitioner with a copy of his sentencing transcript, (Dkt. No. 1696) and a copy of his petition, (Dkt. No. 2195.) The Court also GRANTS Petitioner's request for extension of time to file a reply
///

until **January 29, 2021.**

  IT IS SO ORDERED.

Dated:  December 18, 2020

              Hon. Gonzalo P. Curiel
              United States District Judge