# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO FRANCO (3),<br><br>Defendant. | Case No. 12-cr-0236-JO<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR RECONSIDERATION AND VACATING COMPASSIONATE RELEASE ORDER |

For the reasons stated on the record, the Court GRANTS the Government's motion for reconsideration (Dkt. 2617), VACATES its prior order granting compassionate release under Title 18 U.S.C. § 3582(c)(1)(A) (Dkt. 2614) and REINSTATES the Judgment and Commitment filed on October 28, 2013 (Dkt. 1589). Defendant Pablo Franco, Register No. 31151-298, is ordered to self-surrender to the facility designated by the Federal Bureau of Prisons ("BOP") on or before January 3, 2025 by 12:00 p.m. The United States Probation Office is to continue to supervise the Defendant pending his self-surrender to the BOP.

The Court GRANTS Defendant's request for a judicial recommendation (Dkt. 2634) and recommends to the BOP that the Defendant be housed at Federal Medical Center ("FMC") Butner, FMC Rochester or FMC Devens. *See United States v. Ceballos*, 671 F.3d 852, 856 n.2. (9th Cir. 2011) (Noting a district court's "authority to make (or not make) non-binding recommendations to the Bureau of Prisons at any time[.]").

The Clerk is directed to send a copy of this Order to the Probation Office and to the U.S. Marshals Office. The Probation Office will transmit a copy of this Order to the BOP in due course.

IT IS SO ORDERED.

DATED: 10/23/24

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE